March 6, 1984.

473 A.2d 653

Abdullah, Appellants, v. Jefferson Hospital.

Argued February 15, 1984. Waliyyuddin Abdullah, appellant, in propria persona; David L. Topel, for appellees.

568

Before CAVANAUGH, CIRILLO and WATKINS, JJ.
Order affirmed.

CAVANAUGH, J., filed a memorandum dissenting statement.